**Courtroom Minute Sheet**
**Sentencing Proceedings**

Date: 8/20/2018     Case No. 1:17CR103RLW

UNITED STATES OF AMERICA V. BRANDON KEITH DONNER

Judge: Ronnie L. White     Court Reporter: Alison Garagnani     Probation Officer: James Bearden

Plaintiff Attorney: Tim J. Willis     Defendant's Attorney: Michael A. Skrien

Deputy Clerk: C. Gould     Interpreter: _____

☒ Defendant/Parties present for imposition of sentence.
☐ Objections to Presentence Report heard and denied/granted as follows: _____

☐ Presentence Report adopted/accepted by the Court     ☐ PSR filed under seal
☒ Sentence Imposed – See Judgment

☒ Defendant committed to BOP for a term of 96 months as to Count(s) 1 to run ☐ concurrent ☐ consecutive for aggregate term of _____ months. Supervised release 3 years as to Count(s) 1 to run ☐ concurrent ☐ consecutive for an aggregate term of _____ years supervised release. Standard conditions. Special Conditions: See Judgment.

☒ Fine Waived.  Special Assessment: $100.00     Fine: _____     Restitution: _____
☐ Count(s) _____ dismissed on Motion of AUSA
☒ Defendant remanded to custody of USMS.
☐ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS.
Surrender date _____
☐ Court makes the following recommendation to BOP: _____

☐ Defendant is released on Probation pending processing by USMS: _____

Witnesses: _____
☐ Exhibits returned to and retained by counsel

Courtroom time: 10:20 a.m. to 10:35 a.m.