IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17CR00103 RLW |
| BRANDON KEITH DONNER, | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW Michael A. Skrien, Assistant Federal Public Defender for the Eastern District of Missouri, and enters his appearance as attorney of record for Defendant.

Respectfully submitted,

/s/Michael Skrien
Michael A. Skrien
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: mike_skrien@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Tiffany Becker, Assistant United States Attorney.

/s/Michael Skrien
Michael A. Skrien