IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  1:17CR00103 RLW |
| BRANDON KEITH DONNER, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE AMENDED MOTION FOR COMPASSIONATE RELEASE**

COMES NOW Defendant, by and through the undersigned counsel, and for his motion, states the following:

1. On July 9, 2020, Defendant filed his pro se motion for Compassionate Release (doc # 63).

2. Counsel is still in the process of determining whether to file an amended motion on Defendant's behalf and is asking for a additional time to do so.

3. Counsel is requesting the deadline for filing an amended motion, or notice of intent not to do so, be extended up to and including September 11, 2020.

WHEREFORE, in the interests of justice and for good cause shown, it is prayed that the Court grant Defendant's request to extend the deadline for filing of any amended motion up through and including September 11, 2020.

Respectfully submitted,

/s/Michael A. Skrien
Michael A. Skrien #43133MO
Assistant Federal Public Defender
325 Broadway, 2nd Floor
Cape Girardeau, Missouri 63701
Telephone: (573) 339-0242
Fax: (573) 339-0305
E-mail: mike_skrien@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the office of the United States Attorney.

/s/Michael A. Skrien
Michael A. Skrien